NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAOTICA IP CORP.,**

*Plaintiff-Appellant*

**v.**

**ICONIC MARS CORPORATION, OLUSEYI JAMES OLALEYE,**

*Defendants-Appellees*

---

2022-1816

---

Appeal from the United States District Court for the Southern District of California in No. 3:21-cv-00433-CAB-DEB, Judge Cathy Ann Bencivengo.

---

**ON MOTION**

---

Before DYK, REYNA, and TARANTO, *Circuit Judges.*

REYNA, *Circuit Judge.*

**O R D E R**

Before the filing of its opening brief, the appellant Kaotica IP Corp. moves to voluntarily dismiss its appeal. The appellees respond that they "have incurred costs and attorney's fees on this appeal, and [they] wish to abide by

2                    KAOTICA IP CORP. v. ICONIC MARS CORPORATION

this Court's determination concerning whether costs and/or attorney's fees are recoverable in these circumstances." Resp. at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

The court has sua sponte determined that the award of attorneys' fees and costs is not appropriate. Kaotica's motion is granted to the extent the appeal is dismissed with each party to bear its own costs.

FOR THE COURT

October 21, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court


ISSUED AS A MANDATE: October 21, 2022